1  MELINDA HAAG  (CSBN 132612)
   United States Attorney
2  JOANN M. SWANSON, (CSBN 88143)
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, (NY SBN 3052909)
4  Assistant United States Attorney
   Email: Ila.Deiss@usdoj.gov
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone: (415) 436-7124
7    FAX: (415) 436-7169

8  Attorneys for Defendants/Respondents

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12  LADISLAO VILLEGAS,                    )   No. C 11-0098 EMC
                                          )
13           Plaintiff/Petitioner,        )
                                          )
14       v.                               )
                                          )   **CONSENT TO MAGISTRATE JUDGE**
15  ROBERT COWAN, ACTING DISTRICT         )   **JURISDICTION; STIPULATION OF**
    DIRECTOR, USCIS SAN FRANCISCO         )   **DISMISSAL; AND [PROPOSED]**
16  DISTRICT OFFICE; ALEJANDRO MAYORKAS,  )   **ORDER**
    DIRECTOR, USCIS; USCIS; JANET         )
17  NAPOLITANO, SECRETARY, DHS; DHS;      )
    ERIC H. HOLDER, U.S. ATTORNEY GENERAL;)
18  ROBERT S. MUELLER, III, DIRECTOR,     )
    FEDERAL BUREAU OF INVESTIGATION,      )
19                                        )
             Defendants/Respondents.      )
20                                        )

21       In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the

22  Plaintiff and the Defendants in this case hereby voluntarily consent to have a United States

23  Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the

24  entry of a final judgment.

25       Further, Plaintiff, by and through his attorney of record, and Defendants, by and through

26  their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

27  above-entitled action without prejudice because the United States Citizenship and Immigration

28  Services agrees to adjudicate Plaintiff's application for naturalization within 30 days from

Stipulation of Dismissal Without Prejudice
C 11-0098 EMC

1 | approval of this stipulation, provided Plaintiff does not commit a disqualifying act in the interim.
2 | *See* 8 U.S.C. § 1447(b).
3 | Each of the parties shall bear their own costs and fees.
4 | IT IS SO STIPULATED.

Dated: February 16, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorney for Defendants

Dated: February 16, 2011

_____/s/_____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/22/11

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation of Dismissal Without Prejudice
C 11-0098 EMC

2